IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| RONALD ALBEE and PEGGY ALBEE, husband and wife, and the marital community comprised thereof,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY d/b/a STATE FARM INSURANCE COMPANIES,<br><br>Defendant. | Cause No. 4:22-CV-114-BMM<br><br>ORDER |

Pursuant to the Parties' Stipulated Motion to Extend Expert Disclosure and Discovery Deadlines and for good cause shown,

IT IS ORDERED that the Scheduling Order is to be amended as follows:

| | |
|---|---|
| All parties shall disclose liability experts on or before: | September 26, 2023 |
| Plaintiffs shall disclose damages experts (with Rule 26(a)(2) reports) on or before: | September 26, 2023 |

1

| | |
|---|---|
| Defendant shall disclosure damages experts (with Rule 26(a)(2) reports) on or before: | October 26, 2023 |
| Discovery shall close on: | December 15, 2023 |

IT IS FURTHER ORDERED that the Court's previous scheduling order (Doc. 14) otherwise remains in full force and effect.

DATED this 23rd day of August, 2023.

_____
Brian Morris, Chief District Judge
United State District Court